UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMENEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-02045-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S FOURTH MOTION TO EXTEND THE TIME TO FILE AN AMENDED COMPLAINT<br><br>FOURTEEN DAY DEADLINE<br><br>[ECF No. 15] |

　　　　Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 2, 2015, Plaintiff filed a fourth request to extend the time to file an amended complaint. In the Court's February 27, 2015 order, granting Plaintiff's third request to extend the time, the Court warned Plaintiff that no further extensions of time would be granted absent extraordinary circumstances, not present therein.

　　　　In the instant motion, Plaintiff claims that he having difficulty obtaining legal supplies and the law library has been closed. Plaintiff's present claims are no different than circumstances faced by all inmates who file and litigate civil actions, and Plaintiff fails to set forth the efforts he has engaged in to comply with the Court's February 27, 2015 order in filing an amended complaint. Indeed, Plaintiff does not indicate why the previous three extensions of time have been insufficient, what efforts he has made to comply with the Court's order, and what more he needs or wants in order to comply with the

1

1  Court's February 27, 2005 order.  Thus, nothing suggests Plaintiff has acted with reasonable diligence
2  in attempting to respond to the Court's February 27, 2015 order.  To date, Plaintiff has had three
3  months and eight days from the initial deadline to file an amended complaint, and Plaintiff has not
4  established extraordinary circumstances to further extend the deadline.  Accordingly, Plaintiff has
5  fourteen (14) days from the date of service of this order to file an amended complaint or suffer
6  dismissal of the action for failure to prosecute.
7      Based on the foregoing, Plaintiff's request for an extension of time is DENIED, and an
8  amended complaint shall be filed within fourteen (14) days from the date of service of this order or a
9  recommendation will issue to dismiss the action for failure to prosecute.

11  IT IS SO ORDERED.

12  Dated:   **July 7, 2015**

13      UNITED STATES MAGISTRATE JUDGE