# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>       v.<br><br>JIMENEZ, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-02045-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORIGINAL FIRST AMENDED COMPLAINT TO BE RETURNED TO PLAINTIFF<br><br>[ECF No. 15] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 24, 2015, Plaintiff filed a first amended complaint. (ECF No. 17.) On August 7, 2015, Plaintiff filed a request for the original first amended complaint to be returned to Plaintiff. (ECF No. 18.) Plaintiff requests the return of the first amended complaint if not accepted by the Court for review. (Id.)

Inasmuch as Plaintiff's first amended complaint was filed on July 24, 2015, and will be screened by the Court in due course there is no need to return a copy to Plaintiff nor is there a legal basis to return a document which has already been filed in a case. Accordingly, Plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated: **September 22, 2015**

UNITED STATES MAGISTRATE JUDGE

1