# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMENEZ, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT, FILED FEBRUARY 22, 2016, DIRECTING THAT AMENDED COMPLAINT, LODGED MARCH 16, 2016, BE FILED AS OPERATIVE SECOND AMENDED COMPLAINT, AND FINDING SAID COMPLAINT STATES COGNIZABLE DUE PROCESS CLAIM AS TO DEFENDANTS LUNDY AND SCHUYLER<br><br>[ECF Nos. 26, 27] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court for review is Plaintiff's second amended complaint, filed February 22, 2016, and Plaintiff's amended complaint lodged with the Court on March 16, 2016. (ECF Nos. 26, 27.)

On December 11, 2015, the Court screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable claim against Defendants Doctors Tate and Lee for deliberate indifference in violation of the Eighth Amendment, a cognizable claim against Defendants Wedertz, Stowers, and Stratton for conditions of confinement in violation of the Eighth Amendment, a cognizable claim for excessive force against Defendants Sigton, Chamberlin, Harris and Kephart, and a cognizable due process violation against Defendant Lundy; however, Plaintiff was advised that the incidents were not

1 related and could not be joined in one action.  (ECF No. 21.)  Plaintiff was instructed, by way of
2 amendment or notice, to choose which claim(s), if any, he wished to proceed on in this action.  (Id.)
3 Plaintiff was advised that if his amended complaint or notice violates Rule 20 despite the admonition,
4 the Court would decide which claims shall proceed and dismiss any and all unrelated claims.  (Id.)

5       On February 16, 2016, Plaintiff filed a notice to the Court.  (ECF No. 24.)  Plaintiff indicated
6 that he wished to proceed against Defendant Lundy for a due process violation during his rules
7 violation hearing.  However, Plaintiff indicated that he "would like to amend this complaint to add the
8 name of the watch commander Cpt. Lundy assigned to the hearing, C. Schuler, Correctional
9 Lieutenant."  (ECF No. 24, Notice at 1.)  Plaintiff also stated he wished to amend the complaint to add
10 "the names of the LT that heard this on appeal along with the AW and CDW who all denied, refused
11 to acknowledge and signed off on a due process violation that was clearly pointed out to them in his
12 appeal; J. Lamboy, Correctional Lieutenant, M. Bryant, Correctional Associate Warden, K. Holland,
13 Correctional Chief Deputy Warden, J. Zamora, Correctional Appeals Examiner Office of Appeals, and
14 D. Foster, Correctional Chief Office of Appeals."  (Id. at 2.)  Lastly, Plaintiff wished to modify his
15 prayer for relief.  (Id.)

16       Because Plaintiff's notice indicated that he desired to amend the operative complaint, on
17 February 19, 2016, the Court directed Plaintiff to file a second amended complaint setting for his due
18 process claim against Defendant Lundy, and any other amendments related to such claim as set forth
19 in his notice.  (ECF No. 25.)

20       Prior to receipt of the Court's February 19, 2016, order, Plaintiff filed a notice entitled "second
21 amended complaint," on February 22, 2016 (self-dated February 18, 2016) and attempted to file three
22 separate complaints in this action.  (ECF No. 26.)

23       Then, apparently after receiving the Court's February 19, 2016, order, Plaintiff submitted a
24 complaint entitled "second amended complaint," which was lodged by the Court on March 16, 2016.
25 (ECF No. 27.)  Upon review of the second amended complaint, filed March 16, 2016, Plaintiff states a
26 cognizable due process and cruel and unusual punishment claim against Defendants Lundy and
27 Schuyler relating to a rules violation hearing and resulting punishment of placement in the security
28 housing unit for an indeterminate term which was unsanitary and unsafe.  (Id.)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's second amended complaint, filed February 22, 2016, is STRICKEN from the record;
2. Plaintiff's amended complaint, lodged March 16, 2016, shall be filed as the operative "second amended complaint";
3. Service shall be initiated on the following defendants:

    **J. LUNDY, Correctional Captain**

    **C. SCHUYLER, Correctional Lieutenant**
4. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed March 16, 2016;
5. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above;

    c. Three (3) copies of the endorsed Second Amended Complaint filed March 16, 2016; and

    d. All CDCR Form 602 documentation submitted in relation to this case;
6. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;
7. The failure to comply with this order will result in dismissal of this action; and

///

///

///

8. As the second amended complaint supersedes all prior complaints (Local Rule 220), all other claims and Defendants are terminated from the action.

IT IS SO ORDERED.

Dated: __**March 18, 2016**__

UNITED STATES MAGISTRATE JUDGE