# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>      Plaintiff,<br><br>v.<br><br>JIMENEZ, et al.,<br><br>      Defendants. | Case No.: 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 57] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's third amended complaint, filed May 8, 2017.

On March 7, 2017, the Court granted in part Defendants' motion to dismiss the complaint and granted Plaintiff leave to file a third amended complaint as to his conditions of confinement claim only. The Court has screened Plaintiff's third amended complaint, filed May 8, 2017, pursuant to 28 U.S.C. § 1915A, and finds that Plaintiff states a cognizable due process claim and conditions of confinement claim against Defendants Lundy and Schuyler. Defendants Lundy and Schuyler shall file a response to Plaintiff's third amended complaint, filed May 8, 2017, within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 16, 2017**

                                                                        UNITED STATES MAGISTRATE JUDGE