# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>JIMENEZ, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO VACATE DEADLINE FOR FILING OF EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 71] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time of the deadline to file an exhaustion-related motion for summary judgment, filed August 29, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that the September 8, 2017, deadline to file an exhaustion-related motion for summary judgment is VACATED, and a new deadline will be set, if necessary, after the September 18, 2017, settlement conference.

IT IS SO ORDERED.

Dated: **August 29, 2017**

                                                              UNITED STATES MAGISTRATE JUDGE