# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>JIMENEZ, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF CASE LAW<br><br>[ECF No. 78] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 23, 2017, Plaintiff filed a notice to the Court indicating that he has attempted to obtain a copy of a case referenced at the September 18, 2017 (Williams v. Anderson, No. 1:10-cv-01250-SAB (PC), 2016 WL 739471) settlement conference but he has been able to locate it. Plaintiff requests that the Court send him a copy of the referenced case. Plaintiff is advised that the Court does not provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's request for a copy of a case from Westlaw is DENIED.

IT IS SO ORDERED.

Dated: __**October 26, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE