# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>JIMENEZ, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 80] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to extend the deadline to file an exhaustion motion for summary judgment, filed on November 14, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that any exhaustion motion for summary judgment shall filed on or before January 16, 2018.

IT IS SO ORDERED.

Dated: **November 14, 2017**

                                     UNITED STATES MAGISTRATE JUDGE

1