# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>JIMENEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER GRANTING REQUESTS TO EXTEND THE DISCOVERY DEADLINE TO MARCH 12, 2018<br><br>[ECF Nos. 87, 89] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 8, 2018, Plaintiff filed a motion for an extension of time to serve supplemental responses to Defendants' discovery requests. (ECF No. 87.) On January 30, 2018, Defendants filed a request to extend the discovery deadline to March 12, 2018, in light of Plaintiff's request for additional time to serve supplemental responses to the outstanding discovery requests. (ECF No. 89.)

Good cause having been presented to the Court, it is HEREBY ORDERED that the discovery deadline is extended to **March 12, 2018**. All other deadlines set forth in prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 31, 2018**

UNITED STATES MAGISTRATE JUDGE

1