# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMENEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 100] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the dispositive motion deadline, filed June 19, 2018.

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to **August 3, 2018**.

IT IS SO ORDERED.

Dated: **June 19, 2018**

UNITED STATES MAGISTRATE JUDGE

1