UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMENEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE FILED ON JANUARY 2, 2019<br><br>[ECF No. 123] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 2, 2019, Plaintiff filed a notice requesting the Court advise him as to the status of the unrelated claims that were improperly joined in the instant action. (ECF No. 123.) Plaintiff submits that a separate case has not yet been opened. (Id.)

Plaintiff is advised that any unrelated claims joined in this action have been dismissed and/or waived from the instant action based on the allegations set forth in the second amended complaint. (ECF No. 28.) As stated in the Court's December 11, 2015, screening order, "an amended complaint supersedes the original complaint[,]" and Plaintiff was warned that "'[all] causes of action alleged in an original complaint which are not alleged in an amended complaint are waived.'" (Order at 14:23, 14:26-27, ECF No. 21.)

1

In the second amended and operative complaint, Plaintiff alleged only a due process and cruel and unusual punishment claim against Defendants Lundy and Schuyler relating to a rules violation hearing and resulting punishment of placement in the security housing unit for an indeterminate term which was unsanitary and unsafe. (ECF No. 28.) Therefore, any and all other claims were waived by Plaintiff, and if Plaintiff wishes to bring any other unrelated claims he must file a new and separate action. He cannot seek to add new claims against different Defendants by way of filing a complaint in *this* action. Accordingly, if Plaintiff seeks to proceed on any other claims he must file a separate action.

IT IS SO ORDERED.

Dated: **January 4, 2019**

UNITED STATES MAGISTRATE JUDGE