# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIMENEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT<br><br>[ECF No. 129] |

Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 25, 2019, Plaintiff filed a response to Defendant's reply to Plaintiff's opposition to Defendants' motion for summary judgment. (ECF No. 129.) The Court construes this filing as a surreply. No further briefing on Defendant's motion for summary judgment is permitted absent leave of court. The Court did not grant Plaintiff leave to file a surreply, and no further briefing on the motion is warranted. Accordingly, Plaintiff's surreply (ECF No. 129) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**February 27, 2019**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1