# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIMENEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-02045-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS<br><br>[ECF No. 133] |

　　　　Plaintiff Jeremy Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 12, 2019, Plaintiff filed a second request to extend the time to file objections to the pending Findings and Recommendations, based on an alleged lockdown at California Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF").

　　　　In order to determine whether good cause exists to further extend the time to file objections, the Court HEREBY DIRECTS that within **seven (7)** days Defendants shall file a response to Plaintiff's motion, filed April 12, 2019, addressing whether a lockdown exists at SATF causing limited access to the law library.

IT IS SO ORDERED.

Dated:　**April 15, 2019**　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1